**ERIC R. BLANK, ESQ.**
Nevada Bar No. 006910
**SCOTT E. PHILIPPUS, ESQ.**
Nevada Bar No. 013223
**WILLIAM B. PALMER, II, ESQ., OF COUNSEL**
Nevada Bar No. 001803
**LAW OFFICES OF ERIC R. BLANK, P.C.**
7860 W. Sahara Avenue, Suite 110
Las Vegas, NV 89117
Telephone: (702) 222-2115
Facsimile: (702) 227-0615
E-mail: contact@ericblanklaw.com
Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LINDA B. GARCIA-GARRIDO, individually, | Case No.: 2:16-cv-1294 -JAD-CWH |
| Plaintiff, | [District Court Case No.:A-16-733763-C] |
| v. | **STIPULATION TO ALLOW DEFENDANTS TO CONDUCT A F.R.C.P. RULE 35 EXAMINATION OF PLAINTIFF LINDA B. GARCIA-GARRIDO** |
| OUTBACK STEAKHOUSE OF FLORIDA, LLC, a Foreign Limited-Liability Company; and DOES I through X, inclusive, and ROE CORPORATIONS I through X, inclusive, | |
| Defendants. | |

Plaintiff LINDA B. GARCIA-GARRIDO, by and through her counsel, ERIC R. BLANK, ESQ., of the LAW OFFICES OF ERIC R. BLANK, P.C., and Defendants OUTBACK STEAKHOUSE OF FLORIDA, LLC, a Foreign Limited-Liability Company, by and through their counsel, MICHAEL LOWRY, of WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP, hereby stipulate to the following F.R.C.P. Rule 35 Medical Examination.

1.   The Medical Examination of Plaintiff LINDA B. GARCIA-GARRIDO, is currently scheduled to take place on **October 20, 2016**.  Plaintiff is required to arrive at **7:30 a.m**. If Plaintiff is to fill out paperwork, it should be regarding Plaintiff's demographic information only. The Medical Examination will commence at **8:00 a.m., by Chad Hanson, M.D.**

2. The Medical Examination will be conducted by **Chad Hanson, M.D., 2930 W. Horizon Ridge Parkway, Henderson, NV 89052**, and will not last longer than two (2) hours.

3. Plaintiff is not in possession of any diagnostic films and attorneys for Defendants shall provide any diagnostic films to **Chad Hanson, M.D.**, for his review.

4. No diagnostic tests or procedures that are painful, protracted or intrusive, or unreasonably invasive shall be permitted, nor shall any diagnostic tests be performed other than a routine physical examination.

5. Defendants agree to pay 100% billable charges to the examiner.

6. Defendants agree to provide a **Spanish interpreter**, at Defendant's expense.

7. Neither counsel nor their agents may attend or record by any means the Medical Examination.

8. Plaintiff's family and friends are not allowed in the examination room with the Plaintiff.

9. No recording devices of any kind are allowed in the examination room.

10. The examiner may not ask liability questions either verbally or in writing. The examiner will not engage in any ex-parte contact with Plaintiff's treating physicians.

11. The examination shall be limited to the medical conditions that Plaintiff has put into controversy and to those areas of the Plaintiff's body that the examining physician deems relevant to the conditions of the Plaintiff that are in controversy.

12. Defendant will produce a copy of **Chad Hanson, M.D.'s** report within thirty (30) days of exam or in accordance the applicable Discovery Scheduling Order, whichever is sooner.

///
///
///
///
///
///
///

13. **Chad Hanson, M.D.**, will be provided a copy of this Stipulation prior to the Examination by **WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP**.

IT IS SO STIPULATED.

Dated this 6th day of October, 2016.   Dated this 6 day of October, 2016.

WILSON ELSER MOSKOWITZ EDELMAN    LAW OFFICES OF ERIC R. BLANK, P.C.
& DICKER LLP

By: _____   By: _____
MICHAEL LOWRY, ESQ.                  ERIC R. BLANK, ESQ.
Nevada Bar No. 010666                Nevada Bar No. 006910
300 South 4th Street - 11th Floor    7860 W. Sahara Avenue, Suite 110
Las Vegas, NV 89101                  Las Vegas, NV 89117
Telephone: (702) 727-1400            Telephone: (702) 222-2115
Facsimile: (702) 727-1401            Facsimile: (702) 227-0615
*Attorney for Defendants*            *Attorney for Plaintiff*

IT IS SO ORDERED.

DATED: October 17, 2016

_____
C.W. HOFFMAN, JR.
UNITED STATES MAGISTRATE JUDGE