# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LINDA GARCIA-GARRIDO, | ) |
| Plaintiff, | ) Case No. 2:16-cv-01294-CWH |
| vs. | ) **ORDER** |
| OUTBACK STEAKHOUSE OF FLORIDA, LLC, | ) |
| Defendant. | ) |

In reviewing the docket in this case, it has come to the court's attention that the parties have not yet filed a proposed amended scheduling order as discussed at the hearing on March 30, 2017. (Mins. of Proceedings (ECF No. 36).) By May 11, 2017, the parties must meet and confer and file either (1) a joint status report that addresses the status of the deposition of Defendant's Rule 30(b)(6) representative and that includes a proposed deadline for the parties to file an amended scheduling order or (2) a proposed amended scheduling order.

IT IS SO ORDERED.

DATED: April 27, 2017

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**